IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* JOSEPH WALTON,<br><br>    Plaintiff/Relator,<br><br>v.<br><br>CONSTELLIS HOLDINGS, LLC,<br><br>    Defendant. | NO.: 1:22-cv-092-LMB/IDD<br>FILED UNDER SEAL<br>PURSUANT TO 31 U.S.C. § 3730(b)(2)<br><br>FILED *EX PARTE* |

ORDER

The United States and the relator having jointly filed a Notice of Voluntary Dismissal pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and the United States having consented to the dismissal and requesting to unseal parts of the record pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), it is hereby

ORDERED that:

1. The claims in the complaint are dismissed without prejudice to the United States and with prejudice to relator;

2. The complaint, the Joint Notice of Voluntary Dismissal, and this Order shall be unsealed. All other filings on this docket shall remained sealed until further order of the Court; and

3. This concludes the matter, this case is CLOSED.

Dated: September 2, 2022.

/s/ _____
Leonie M. Brinkema
United States District Judge